# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE MIRZA and TARA LUCHETTI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>IGNITE USA, LLC,<br><br>        Defendant. | Case No. 1:19-cv-05836<br><br>The Honorable Charles P. Kocoras |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, December 3, 2019 at 9:30 a.m., we will appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom 2325 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the *Defendant Ignite's Unopposed Motion for Leave to File an Oversized Memorandum of Law in Support of Motion to Dismiss*, a copy of which is being electronically served on all attorneys of record by the Court's CM/ECF system.

Dated: November 26, 2019

                                                          Respectfully submitted,

                                                          /s/ *Jeffrey M. Heckendorn*
                                                          Joseph J. Krasovec III
                                                          Steven E. Swaney (*pro hac vice*)
                                                          Jeffrey M. Heckendorn
                                                          SCHIFF HARDIN LLP
                                                          233 South Wacker Drive
                                                          Suite 7100
                                                          Chicago, IL 60606
                                                          Tel: (312) 258-5500
                                                          Fax: (312) 258-5600
                                                          jkrasovec@schiffhardin.com
                                                          sswaney@schiffhardin.com
                                                          mheckendorn@schiffhardin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2019 I filed on the CM/ECF system the foregoing, and thereby served such filing via the Court's ECF Notification system to all attorneys of record in this matter.

*/s/ Jeffrey M. Heckendorn*