# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dominique Mirza, et al.

      Plaintiff,

v.           Case No.: 1:19–cv–05836

           Honorable Charles P. Kocoras

Ignite USA, LLC

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2019:

  MINUTE entry before the Honorable Charles P. Kocoras: Defendant Ignite's unopposed motion for leave to file an oversized memorandum of law in support of motion to dismiss [19] is granted. Motion hearing set for 12/3/2019 is stricken, no appearance is required. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.