# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE MIRZA and TARA LUCHETTI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGNITE USA, LLC,<br><br>　　　　Defendant. | Case No. 1:19-cv-05836<br><br>The Honorable Charles P. Kocoras |

### DECLARATION OF STEVEN E. SWANEY IN SUPPORT OF DEFENDANT IGNITE USA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

I, Steven E. Swaney, do declare and state:

1.　　I am an attorney duly licensed to practice law in the State of California and admitted *pro hac vice* in this matter. I am a partner at the law firm Schiff Hardin LLP, counsel for Defendant Ignite, USA, LLC. I submit this Declaration in support of Ignite's Motion to Dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(1) and (12)(b)(6). The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness I could and would competently testify as to each of them under oath.

2.　　Attached as Exhibit A is a true and correct copy of the Notice of Recall issued by Contigo, which is available at https://recall.gocontigo.com/.

　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

　　　　Executed December 4, 2019, at San Francisco, California

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Steven E. Swaney