# EXHIBIT A



# Important Safety Notice

As a leading innovator of water bottles, travel mugs and kids bottles, Contigo® puts safety and quality first. As part of our commitment to consumer safety, Contigo®, in partnership with the U.S. Consumer Product Safety Commission (CPSC), is voluntarily recalling the lids of the Contigo® Kids Cleanable Water Bottle.

Contigo® identified that the water bottle's clear silicone spout in some cases may detach from the lid posing a potential choking hazard. No injuries have been reported. But, out of an abundance of caution, we encourage consumers to find out if they have an affected water bottle lid and order a free replacement lid.

This recall only involves Contigo® Kids Cleanable Water Bottle sold from April 2018 through June 2019. The water bottles come in three sizes (13-ounce, 14-ounce and 20-ounce) and multiple colors, materials and graphics. The bottles were sold individually as well as in two-packs and three-packs.

Consumers who may have purchased this bottle should carefully review the instructions and video on this website to verify if your Kids Cleanable Water Bottle lid is affected by the recall. The video explains the step-by-step process on how to check if your water bottle's lid is affected and how to do the self-test. If you confirm your lid is affected, please follow the instructions to order a replacement lid.

We sincerely apologize for any inconvenience. If you have any questions, please call the Contigo® consumer services team at 1.888.262.0622 (Monday – Friday, 9 am – 5 pm EST for consumers in the U.S. and Canada).

---

# Step One: Visual Verification

To confirm you are evaluating the correct Contigo® Kids bottle, please review the images and directions below.

Visual Features Found on the Outside of the Bottle

Contigo Kids product – the Cleanable line has the following visual features:

- Spout cover is always **BLACK**
- The base of the spout is always **BLACK**

Visual Features Found on the Inside of the Bottle





**Water bottles that are NOT affected are marked in the shape of a small indented circle on the lid** near the black nylon spout when it is opened. Push the button to open the spout to identify you have the marking.

If your bottle does not have these visual features or has the marking, you are NOT affected by the recall and you can continue using your water bottle. If your bottle's lid has the described visual features and does NOT have the small indented circle near the black nylon spout, you may proceed to the next step to conduct the self-test.

If your bottle has the black spout and base, and does NOT have a circle indication on the inside of the lid,

Proceed >

---

# Step Two: Conduct Self-Test

Before you get started with Step Two, make sure you closely look at your Contigo® Kids Cleanable Water Bottle to make sure it checks off all the visual features found in Step One to confirm you are evaluating the correct bottle.

If you visually confirm you do have a Contigo® Kids Cleanable Water bottle, then prior to performing the home inspection, please read through instructions and view the video completely to make sure you do the test properly.

While completing the inspection please note the following:

- Make sure the lid is tightly secured to the bottle
- The amount of pressure needed is equal to pushing a button; similar to an elevator button or a remote control button



**Contigo Recall_English**

from **Newell Brands**

03:27

Video also available in:
[Spanish](Spanish)
[French](French)



**Prepare for Test**

Push the button to open the spout. Keep the lid attached to the

bottle/body.



**Step 1**

Review the spout to ensure there is not a gap between the clear silicone spout and black spout base.

If the silicone spout mouthpiece comes off or gap is visible between the spout and base, your bottle is affected and you can proceed to the form to order your replacement lid.




**Step 2**

Hold the spout base with one hand and use the other hand to push the spout in all four directions. Be sure the base remains in place while pushing the spout.

Last, pull up on the spout.

If the silicone spout mouthpiece comes off, your bottle is affected and you can proceed to the form to order your replacement lid.










**Step 3**

Twist the silicone spout to the left.

If the silicone spout mouthpiece comes off, your bottle is affected and you can proceed to the form to order your replacement lid.

**Step 4**

Repeat steps 1 – 3 two additional times, total of three times.

If the silicone spout comes off or gap is visible between the spout and base, please proceed to the form to order your replacement lid. If the silicone spout does not come off or there is not a visible gap, your bottle is NOT affected and you can continue using it.

If the silicone spout separates from the base or a gap is visible,

Proceed to Form >

---

# Step Three: Order a Return Kit & Return Lid for New Replacement

If you completed the first two steps and believe you have a product impacted by this recall, please enter your information below to receive a **return envelope to mail back your affected lid.**

Choose a replacement lid based on size and color of your affected water bottle. Please note, we are not sending the complete water bottle as a replacement. The lids are interchangeable and will fit your existing water bottle base provided you identify the size of your bottle. Also, we have three colors for possible replacement for you to choose from

choose from:

After the form is submitted, we will send eligible consumers a USPS prepaid shipping label within 10 business days. Please place the lid in the kit with the shipping label and return it (only the lid needs to be returned, you can keep the bottle) by placing it in your mailbox or dropping it off at your local post office.

Once your lid is received and we verify it is affected, we will arrange your replacement lid. You will receive an email with a shipping notification and tracking number for your new lid. Please allow 3 weeks from receipt of your shipping notification date.



**Option 1**   **Option 2**   **Option 3**

**Size Color Quantity**

\-            \-            \-            | + |

Submit

If you need assistance, please call Contigo® consumer services at 1.888.262.0622 (Monday – Friday, 9 am – 5 pm EST).