**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DOMINIQUE MIRZA and TARA LUCHETTI, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>IGNITE USA, LLC,<br><br>      Defendant. | Civil Action No.: 1:19-cv-05836 |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice. All parties shall bear their own fees and costs.


  */s/ Alec M. Leslie*          */s/ Joseph J. Krasovec III*
  Alec M. Leslie (*pro hac vice*)      Joseph J. Krasovec III

**BURSOR & FISHER, P.A.**       **SCHIFF HARDIN LLP**
888 Seventh Ave.           233 South Wacker Drive
New York, NY 10019         Chicago, IL 60606
Telephone: (646) 837-7103       Telephone: (312) 258-5500
Email: aleslie@bursor.com        Email: jkrasovec@schiffhardin.com

*Counsel for Plaintiffs*          *Counsel for Defendant*